THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
IRA A. DAVES
Assistant United States Attorney
California Bar No. 156724
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2443
    Fax: (213) 894-7819
    E-Mail: Ira.Daves@usdoj.gov

Attorney for Defendants the United States Citizenship and Immigration Services, Christina Poulos, Executive Office for Immigration Review, Eduardo Aguirre, Jr., Michael Chertoff, and Michael Mukasey

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JONATHAN CHIBNALL, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> JANE ARELLANO, *et al.*, <br><br>    Defendants. | No. CV 07-5685-ABC(CWx) <br><br><br><br><br><br><br><br><br> Hon. Audrey B. Collins <br> United States District Judge |

JUDGMENT IN FAVOR OF DEFENDANTS

   Defendants' Motion for Summary Judgment came on regularly for hearing before this Court on July 28, 2008.

After considering the moving and opposing papers, arguments, and all other matters presented to the Court,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs take nothing on their Complaint, that this action be DISMISSED in its entirety on the merits with prejudice, and that Defendants be awarded costs.

DATED: August 1, 2008   _____
                        THE HON. AUDREY B. COLLINS
                        United States District Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


_____/s/_____
IRA A. DAVES
Assistant United States Attorney
Attorneys for Defendants